1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RYAN SCOTT KERN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      )  No. Mag. No. 07-0049 KJM
13                                 )
                    Plaintiff,     )
14                                 )  STIPULATION AND ORDER TO CONTINUE
        v.                         )  PRELIMINARY HEARING
15                                 )
   RYAN SCOTT KERN,                )
16                                 )  Date:  May 23, 2007
                    Defendant.     )  Time:  2:00 p.m.
17                                 )  Judge: Gregory G. Hollows
   _____)
18

19       Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant

20  Federal Defender, and the United States Government, by and through its

21  counsel, William Wong, Assistant United States Attorney, hereby

22  stipulate and agree to vacate the previously scheduled preliminary

23  hearing date of April 23, 2007 and set a preliminary hearing date of

24  May 23, 2007 at 2:00 p.m..

25       A continuance is necessary to allow the parties to attempt a pre-

26  trial, pre-indictment resolution of the case. The parties have met to

27  discuss a pre-indictment resolution, and need additional time to 1)

28  obtain a certified coy of defendant's criminal record and 2) contact

1  the state of Nevada, where a warrant is pending for Defendant's

2  appearance on a violation which the defense intends to resolve at the

3  same time as the instant case. The defense has begun both tasks but

4  needs more time to accomplish them.

5       IT IS STIPULATED that the period from the signing of this Order,

6  through and including May 23, 2007 be excluded in computing the time

7  within which trial must commence under the Speedy Trial Act, pursuant

8  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing

9  preparation of counsel. The government fully concurs with this request.

10 Dated:  April 11, 2007

11                                    Respectfully submitted,

12                                    DANIEL BRODERICK
                                      Federal Defender

13                                    /s/ Caro Marks

14                                    _____

15                                    CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant

16                                    RYAN SCOTT KERN

17 Dated: April 12, 2007

18                                    MCGREGOR SCOTT
                                      United States Attorney

19

20                                    /s/ William Wong

21                                    _____
                                      WILLIAM WONG
                                      Assistant U.S. Attorney

22                                    **ORDER**

23 **IT IS SO ORDERED.**

24 DATED: April 12, 2007.

25

26                           _____

27                           DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

28 Dad1/orders.criminal/kern0049.stipord