```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RYAN SCOTT KERN
```

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) No. Mag. No. 07-49 KJM |
|---|---|
|            Plaintiff, | ) |
|     v. | ) STIPULATION AND ORDER TO CONTINUE<br>) PRELIMINARY HEARING |
| RYAN SCOTT KERN, | ) |
|            Defendant. | ) Date:  January 7, 2008<br>) Time:  2:00 p.m.<br>) Judge: Gregory G. Hollows |

16     Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant
17  Federal Defender, and the United States Government, by and through its
18  counsel, William Wong, Assistant United States Attorney, hereby
19  stipulate and agree to vacate the previously scheduled preliminary
20  hearing date of December 6, 2007 and set a preliminary hearing date of
21  January 7, 2008 at 2:00 p.m..

22     A continuance is necessary to allow the parties to continue their
23  pretrial negotiations in an effort to settle the case pre-indictment.
24  Counsel for Mr. Kern is also presently involved in discussions with Mr.
25  Kern's Nevada attorney in hopes of resolving his Nevada case globally
26  with the instant case. Additional time is necessary to allow counsel to
27  receive and review those documents and to discuss a global settlement
28  with the government.

1    IT IS STIPULATED that the period from the signing of this Order,
2 through and including January 7, 2008 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.  It is further stipulated that the defendant's
6 agrees to extend the time for their preliminary hearing pursuant to
7 Federal Rule of Criminal Procedure 5.1 (d).  The government fully
8 concurs with this request.
9 Dated:   November 2, 2007

10                                     Respectfully submitted,

11                                     DANIEL BRODERICK
                                       Federal Defender
12
                                       /s/ Caro Marks
13                                     _____
                                       CARO MARKS
14                                     Assistant Federal Defender
                                       Attorney for Defendant
15                                     RYAN SCOTT KERN

16                                     /s/ Peter Kmeto

17
                                       MCGREGOR SCOTT
18                                     United States Attorney

19                                     /s/ William Wong
                                       _____
20                                     WILLIAM WONG
                                       Assistant U.S. Attorney

21

22                               **ORDER**

23 **IT IS SO ORDERED.**

24 Dated:   December 5, 2007.

25                                     [signature]

26                                     _____
                                       U.S. Magistrate Judge

27

28

Stipulation and Proposed Order        -2-