FILED
December 11, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG. 07-0049 KJM
     Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
RYAN SCOTT KERN, )
)
     Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RYAN SCOTT KERN__, Case No. __MAG. 07-0049 KJM__, Charge __Title 18 USC § 922 (g)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ __70,000.00__

    X Unsecured Appearance Bond: $50,000 co-signed by mother; $20,000 co-signed by grandmother.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X (Other) __With pretrial services supervision of conditions of release.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 11, 2007__ at __10:45__ am.

By __Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge