```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RYAN SCOTT KERN
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,      ) No. Mag. No. 07-49 KJM
10                                 )
                 Plaintiff,        )
11                                 ) STIPULATION AND ORDER TO CONTINUE
         v.                        ) PRELIMINARY HEARING
12                                 )
    RYAN SCOTT KERN, et al         )
13                                 ) Date:  April 10, 2008
                 Defendant.        ) Time:  2:00 p.m.
14                                 ) Judge: Dale A. Drozd
    _____)
15

16       Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant

17  Federal Defender, Rahman Shadebadi, by and through his counsel, Peter

18  Kmeto, Attorney at Law, and the United States Government, by and

19  through its counsel, William Wong, Assistant United States Attorney,

20  hereby stipulate and agree to vacate the previously scheduled

21  preliminary hearing date of March 10, 2008 and set a preliminary

22  hearing date of April 10, 2008 at 2:00 p.m.

23       A continuance is necessary to allow the parties to continue their

24  pretrial negotiations in an effort to settle the case pre-indictment.

25  All attorneys have recently been in trial, and/or will be in trial

26  during the month of March, and will be unable to continue their

27  pretrial negotiations until the end of March. Additional time is

28  necessary to allow counsel to continue their pretrial negotiations and

1  arrive at a global settlement of both cases.

2      IT IS STIPULATED that the period from the signing of this Order,
3  through and including April 10, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
6  preparation of counsel.  It is further stipulated that the defendant's
7  agrees to extend the time for their preliminary hearing pursuant to
8  Federal Rule of Criminal Procedure 5.1 (d).  The government fully
9  concurs with this request.

10 Dated:  March 5, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RYAN SCOTT KERN

                                    /s/ Peter Kmeto
                                    _____
                                    PETER KMETO
                                    Attorney for Defendant
                                    RAHMAN SHADEBADI


                                    MCGREGOR SCOTT
                                    United States Attorney

                                    /s/ William Wong
                                    _____
                                    WILLIAM WONG
                                    Assistant U.S. Attorney


                                  **ORDER**

**IT IS SO ORDERED.**

Dated:  March 6, 2008.

                                    *[signature]*
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE