# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION



**FILED**

NOV 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Ryan Kern

Docket No. 2:07-MJ-49-KJM

**COMES NOW** Darryl D. Walker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Ryan Kern, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on December 11, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 922(g)(1) - Felon in Possession of a Firearm (2 Counts).

**BOND CONDITIONS:** The defendant was released on a $70,000 unsecured bond with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On November 5, 2008, the defendant submitted a urine sample that was positive for Methamphetamine. On November 13, 2008 and November 18, 2008, the defendant failed to submit a urine sample for drug testing. Therefore, failing to abide by his pretrial release conditions.

**PRAYING THAT THE COURT WILL ORDER:** This matter placed on this court's calendar on **November 25, 2008, at 2 p.m.**

**LAST KNOWN ADDRESS:**   On file with Pretrial Services
**TELEPHONE NUMBER:**   On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/d/ Darryl D. Walker

Darryl D. Walker
Pretrial Services Officer
November 19, 2008

### ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on November 25, 2008, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

Considered and ordered this 19th day of November, 2008, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Ryan Kern

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You are released the third-party custody of your mother, Joanne Smelser;;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall surrender your passport to the Clerk, U. S. District Court, if you cannot locate your passport, you must sign a declaration and not apply for a passport or any other travel documents during the pendency of this case.