```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-MJ-0049 |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING PRELIMINARY HEARING** |
| RYAN SCOTT KERN, et al., | ) Date: January 14, 2009 <br> ) Time: 2:00 p.m. |
| Defendants. | ) Judge: Hon. Dale A. Drozd |
| _____ | ) |

The parties (defendants Ryan Kern and Rahman Shadebadi and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for January 14 to February 19, 2009, at 2:00 p.m.

Counsel for the United States has agreed to provide discovery to both defendants, who both have expressed interest in reaching a pre-indictment resolution of the pending charges. Resolution of the case has been delayed for reasons described in previous stipulations, but the parties remain involved in negotiations. The government has agreed to separate the two defendants for future proceedings because of the likelihood of further delay in Mr. Kern's case that need not affect Mr. Shadebadi's case.

The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to April 17, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated:   January 13, 2009          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for RYAN SCOTT KERN

Dated:   January 13, 2009          /s/ T. Zindel for P. Kmeto
                                   PETER KMETO
                                   Attorney at Law
                                   Attorney for RAHMAN SHADEBADI

                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

Dated:   January 13, 2009          /s/ T. Zindel for W. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney


**O R D E R**

The preliminary hearing is continued to February 19, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kern0049.stipord(4)

Stip. & O. Continuing Prelim.        -2-