DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-MJ-0049 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| RYAN SCOTT KERN, et al., | Date: February 19, 2009 |
| Defendants. | Time: 2:00 p.m. |
| | Judge: Hon. Dale A. Drozd |

The parties (defendants Ryan Kern and Rahman Shadebadi and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for February 19 to April 17, 2009, at 2:00 p.m.

Counsel for the United States has agreed to provide discovery to both defendants, who both have expressed interest in reaching a pre-indictment resolution of the pending charges. Resolution of the case has been delayed for reasons described in previous stipulations, but the parties remain involved in negotiations. The government has agreed to separate the two defendants for future proceedings because of the likelihood of further delay in Mr. Kern's case that need not affect Mr. Shadebadi's case.

The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to April 17, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated:  February 15, 2009        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for RYAN SCOTT KERN

Dated:  February 15, 2009        /s/ T. Zindel for P. Kmeto
                                 PETER KMETO
                                 Attorney at Law
                                 Attorney for RAHMAN SHADEBADI

                                 LAWRENCE G. BROWN
                                 Acting United States Attorney

Dated:  February 15, 2009        /s/ T. Zindel for W. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to April 17, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kern0049.stipord(5)

Stip. & O. Continuing Prelim.        -2-