1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RYAN SCOTT KERN



**FILED**

APR 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-MJ-0049 EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| RYAN SCOTT KERN, et al., | |
| Defendants. | Date: April 17, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

The parties hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for April 17, 2009 to May 8, 2009, at 2:00 p.m.

Defense counsel is currently in a complex jury trial in the case of <u>United States v. Caza, et al.</u>, CR-S-06-058 FCD, and is expected to last approximately until the end of May. Also, defense investigation is ongoing.

The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be

1 | filed should be extended to May 8, 2009. The defendant specifically
2 | waives his right to a Speedy Preliminary Hearing and waives time to May
3 | 8, 2009.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: April 15, 2009        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for RYAN SCOTT KERN


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 15, 2009        /s/ T. Zindel for W. Wong
                             WILLIAM S. WONG
                             Assistant U.S. Attorney


**O R D E R**

For the reasons set forth above, the ~~preliminary hearing~~ *arraignment on the indictment* is *on*
continued to May 8, 2009, at 2:00 p.m. The Court finding good cause,
time is excluded from April 17, 2009, through May 8, 2009.

IT IS SO ORDERED.

Dated: April 16, 2009        /s/ Dale A. Drozd
                             HON. DALE A. DROZD
                             United States Magistrate Judge