1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-188 JAM |
| ) Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE AND** |
| ) | **EXCLUDING TIME** |
| RYAN SCOTT KERN, ) | |
| ) | Date:  June 9, 2009 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

The parties hereby stipulate through their respective attorneys to continue the status conference scheduled for June 9, 2009 to July 7, 2009, at 9:30 a.m.

Defense counsel is currently in a complex jury trial in the case of United States v. Caza, et al., CR-S-06-058 FCD, and it is expected to last until the end of June. Also, defense investigation is ongoing and we have yet to receive discovery.

To afford time to complete remaining tasks relating to the negotiations and to afford continuity of defense counsel, the parties agree that the ends of justice to be served by a continuance outweigh the

best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through July 7, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

Dated: June 2, 2009               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for RYAN SCOTT KERN

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: June 2, 2009               /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 7, 2009, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 7, 2009.

IT IS SO ORDERED.

Dated: June 2, 2009               /s/ John A. Mendez
                                        U. S. DISTRICT JUDGE