DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0188 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE AND** |
| ) | **EXCLUDING TIME** |
| RYAN SCOTT KERN, ) | |
| ) | |
| Defendant. ) | Date: July 7, 2009 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Ryan Kern, that the status conference scheduled for July 9, 2009, may be continued to August 18, 2009, at 9:30 a.m.

   Defense counsel has just completed a complex jury trial before Judge Damrell and is occupied bringing his other cases current, including Mr. Kern's. A number of factual matters remain to be resolved between the parties and several legal issues require further research. In otder to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the

defendant in a speedy trial and that time under the Speedy Trial Act should be excluded from the date of this order through August 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

Dated:  July 2, 2009                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for RYAN SCOTT KERN


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated:  July 2, 2009                /s/ T. Zindel for W. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to August 18, 2009, at 9:30 a.m. For the reasons stated above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 18, 2009.

IT IS SO ORDERED.

```
Dated:  July 2, 2009                /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```